FRANCES R. McEWEN, Respondent, *v.* ALFRED McEWEN et al., Appellants.

Argued October 21, 1937; decided November 23, 1937.

*William St. John Tozer* and *Roger M. Blough* for appellants.

*Joseph R. Kelley* for respondent.

Judgment affirmed, with costs; no opinion. (See 276 N. Y. 610.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting, LEHMAN, J.